COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-24-00305-CV |
| A.A.L., G.B.L., and A.D.L., | § | Appeal from the |
| CHILDREN. | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2022DCM4829) |

## MEMORANDUM OPINION

Appellant Children's counsel filed a report regarding the trial court's hearing on Appellant C.G.'s motion for new trial, which includes as an attachment the trial court's September 3, 2024 order granting a new trial. On September 9, 2024, the clerk of this Court informed the parties of the Court's intention to dismiss the appeal for want of jurisdiction pursuant to Texas Rule of Appellate Procedure 42.3 unless, by September 19, 2024, any party could show grounds for continuing the appeal. *See In Interest of A.A.*, No. 08-15-00177-CV, 2015 WL 4134940, at *1 (Tex. App.—El Paso July 8, 2015, no pet.) (mem. op.).

A trial court's order granting a motion for new trial renders a pending appeal moot. *JJW, L.L.C. v. Aguirre*, No. 08-16-00051-CV, 2016 WL 3632809, at *1 (Tex. App.—El Paso July 6, 2016, no pet.) (mem. op.). It is well established that a court is prohibited from deciding moot controversies. *National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). To

date, no party has shown grounds for continuing the appeal. As the trial court's order granting the motion for new trial has rendered this appeal moot, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a). Any pending motions are denied as moot.


LISA J. SOTO


September 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.